# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  08 civ 4845                                              Purchased/Filed: May 23, 2008

STATE OF NEW YORK        UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT

---

*The New York City District Council Of Carpenters Pension Fund, et al*                  Plaintiff

against

*Jamerica Contractors Inc.*                                              Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY              SS.:

_____ Jessica  Miller _____ , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____ May 29, 2008 _____ , at __ 2:00pm __ , at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons and Complaint with Exhibits and Judges Rules

on

_____ Jamerica Contractors Inc. _____ , the

Defendant in this action, by delivering to and leaving with _____ Chad Matice _____ ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, __ 2 __ true copies thereof and that at the time

of making such service, deponent paid said Secretary of State a fee of __ 40 __ dollars; That said service

was made pursuant to Section __ 306 Business Corporation Law __ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Description of the person served:  Approx. Age: __ 28 __    Approx. Wt: __ 200 __    Approx. Ht: __ 6'0" __

Color of skin: __ White __    Hair color: __ Brown __    Sex: __ M __    Other: _____

Sworn to before me on this

__2nd__  day of _____ June, 2008 _____

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica  Miller

Invoice•Work Order # SP0805206

*SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179*