52 DUANE STREET
NEW YORK, N.Y. 10007
TELEPHONE: 212-571-7100

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS VACATION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS ANNUITY
FUND, NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND INDUSTRY
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS CHARITY FUND, UNITED BROTHERHOOD
OF CARPENTERS AND JOINERS OF AMERICA FUND
and THE NEW YORK CITY AND VICINITY CARPENTERS
LABOR-MANAGEMENT CORPORATION, by MICHAEL J.
FORDE, and PAUL O'BRIEN, as TRUSTEES, AND MICHAEL
J. FORDE AS EXECUTIVE SECRETARY-TREASURER,
DISTRICT COUNCIL FOR NEW YORK CITY AND
VICINITY, UNITED BROTHERHOOD OF CARPENTERS
AND JOINERS OF AMERICA,

         Plaintiffs,

     -against-

JAMERICA CONTRACTORS INC.,

         Defendant.
------------------------------------------------------------X

08 CV 4845 (JGK)

**ORDER TO SHOW CAUSE
FOR DEFAULT
JUDGMENT AND ORDER**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/2008

  UPON the annexed affidavit of Andrew GraBois, Esq. sworn to the 25th day of June, 2008 and all of the proceedings had herein, let Defendant Jamerica Contractors Inc., appear before Judge John G. Koeltl at this Federal Courthouse, Courtroom 12-B, located at 500 Pearl Street, New York, NY, 10007 on the  11  day of   July  , 2008 at 2:30 o'clock in the forenoon/afternoon of that day or as soon thereafter as the parties can be heard, to show cause why a Default Judgment and Order should not be entered against Jamerica Contractors Inc. and in favor of plaintiffs, confirming an arbitration award dated April 7, 2008 against the

Defendant, and awarding attorneys' fees and costs arising out of this action.

Sufficient cause therefore appearing, let service of a copy of this Order, together with the affidavit annexed hereto, on the Defendant by way of first class mail on or before 5:00 P.M. on the 27 day of June, 2008 be deemed good and sufficient service; answering papers, if any, shall be served and filed on or before July 7, 2008; courtesy copies of all papers shall be sent to Chambers on the same day they are filed.

Dated: New York, New York
      6/25, 2008

_____
Honorable John G. Koeltl
United States District Judge

THE DEFENDANT IS ADVISED THAT FAILURE TO RESPOND TO THE ORDER TO SHOW CAUSE MAY BE GROUNDS FOR A DEFAULT JUDGMENT BEING ENTERED AGAINST IT, IN WHICH EVENT THE DEFENDANT WILL HAVE NO TRIAL.

THE PLAINTIFFS SHALL FILE PROOF OF SERVICE OF THIS ORDER TO SHOW CAUSE BY July 7, 2008.

SO ORDERED.

John G. Koeltl
6/25/08   USDJ

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS VACATION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS ANNUITY
FUND, NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND INDUSTRY
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS CHARITY FUND, UNITED
BROTHERHOOD OF CARPENTERS AND JOINERS OF
AMERICA FUND and THE NEW YORK CITY AND
VICINITY CARPENTERS LABOR-MANAGEMENT
CORPORATION, by MICHAEL J. FORDE, and PAUL
O'BRIEN, as TRUSTEES, AND MICHAEL J. FORDE AS
EXECUTIVE SECRETARY-TREASURER, DISTRICT
COUNCIL FOR NEW YORK CITY AND VICINITY,
UNITED BROTHERHOOD OF CARPENTERS AND
JOINERS OF AMERICA,

08 CV 4845 (JGK)
ECF CASE

**CLERKS**
**CERTIFICATE**

Plaintiffs,

-against-

JAMERICA CONTRACTORS INC.,

Defendant.
------------------------------------------------------------------------X

I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on May 23, 2008 by filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant, Jamerica Contractors Inc. on May 29, 2008, by delivering two (2) true copies thereof to Chad Matice, an authorized agent in the Office of the Secretary of State of the State of New York, and proof of service being filed on June 5, 2008.

I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to complaint herein. The default of the defendant is hereby noted.

Dated: June 25 2008
New York, New York

J. MICHAEL MCMAHON
Clerk of the Court

By: _____
Deputy Clerk